UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

01 SEP -5 AM 10: 44

ERNEST MONDRAGON and
JEREMY MONDRAGON,

          Plaintiffs,

vs.

NO. CIV-01-0651 LH/WWD

STATE OF NEW MEXICO, ex rel.,
NEW MEXICO STATE POLICE, an
agency of the State of New Mexico;
THE CITY OF ALBUQUERQUE;
ALBUQUERQUE POLICE DEPARTMENT;
JERRY GALVIN, Albuquerque Police Chief;
OFFICER ROBERT DILLEY; and
ALBUQUERQUE POLICE OFFICERS
WHOSE TRUE NAMES ARE UNKNOWN,

          Defendants.

## PROVISIONAL DISCOVERY PLAN (DEFENDANTS)

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on <u>August 30, 2001</u> and was attended by:

<u>Anthoney James Ayala</u> for the Plaintiff

<u>Donald D. Sullivan</u> for the Defendants

    2. <u>Discovery Plan</u>. The parties jointly propose to the Court the following discovery plan:

    a.    Rule 26(a)(1) disclosures are due on or before <u>October 15, 2001.</u>

    b.    Discovery will be needed on the following subjects:

        a. Depositions of plaintiff, defendant, eyewitnesses and experts.

        b. Production of all documents or other tangible things related to the allegations.

    c.    The parties stipulate to standard track discovery of <u>one hundred fifty (150) days</u> commenced in time to be completed by <u>March 1, 2002</u>. Discovery on qualified


15

immunity defense to be completed by December 1, 2001.

Maximum of  25  interrogatories by each party to any other party.  (Response due  30  days after service).

Maximum of  25  requests for production by each party to any other party.  (Response due  30  days after service).

Maximum of  25  requests for admission by each party to any other party.  (Response due  30  days after service).

Maximum of  8  depositions by Plaintiff(s) and  8  by Defendant(s).

Each deposition (other than of parties and expert witnesses) limited to maximum of  4  hours unless extended by agreement of the parties.

Reports from retained experts under Rule 26(a)(2) due:

from Plaintiff(s) by   December 7, 2001  .

from Defendant(s) by   December 14, 2001  .

Supplementation under Rule 26(e) due   30 days   (set time(s) or interval(s)).

3. Other Items.  (use separate paragraphs or subparagraphs as necessary if parties disagree.)

The parties request a settlement conference in   March, 2002  .

The parties request a pretrial conference in   April, 2002  .

All potentially dispositive motions should be filed by April 14, 2002.

Plaintiff(s) shall provide the Pretrial Order to Defendant(s) by   30 days before pretrial conference   and Defendant(s) shall submit to the Court by   15 days before pretrial conference.

Settlement cannot be evaluated prior to initiation of discovery.

**For the City Defendants:**

Kenneth C. Downes
Donald D. Sullivan
Attorney for the Defendants
Kenneth C. Downes & Associates
500 Marquette NW, Suite 640
Albuquerque, NM 87102
(505) 243-0816

By: _____


**For Defendant State of New Mexico:**
John E. DuBois
Risk Management Division
Legal Bureau
PO Drawer 26110
Santa Fe NM 87502-0110

By:  Approved Telephonically on
     September 4, 2001 by John E. DuBois


**For the Plaintiff:**

**Attorney for Plaintiffs**
Anthony James Ayala, Esq.
PO Box 1966
Albuquerque, NM 87102

By: _____