IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERNEST MONDRAGON, et al.,

        Plaintiffs,

vs.

STATE OF NEW MEXICO, et al.,

        Defendants.

Civ. No. 01-651 LH/WWD

## JOINT ORDER OF DISMISSAL

THIS MATTER having come before the Court, the parties hereto request the court to dismiss the Complaint on file herein against the State of New Mexico and New Mexico State Police.

IT IS THEREFORE ORDERED that the Complaint, and all causes of action contained therein, be and it hereby is, dismissed without prejudice as to the State of New Mexico and New Mexico State Police.

IT IS FURTHER ORDERED that the Plaintiffs and State Defendants hereto bear their respective costs, expenses, and attorney fees incurred in this cause of action.

THE HONORABLE C. LEROY HANSON
UNITED STATES DISTRICT JUDGE



*SUBMITTED AND APPROVED:*

_____
John E. DuBois, Esq.
Attorney for State of New Mexico
Risk Management Division/Legal Bureau
P.O. Drawer 26110
Santa Fe, New Mexico 87502-0110
(505) 827-2202



Telephonically Approved 9/21/01
Anthony James Ayala, Esq.
Attorney for Plaintiffs
P.O. Box 1966
Albuquerque, New Mexico 87103
(505) 247-4321



Telephonically Approved 9/21/01
Kenneth C. Downes, Esq.
Donald D. Sullivan, Esq.
Attorney for City of Albuquerque
Defendants/APD Officers
500 Marquette N.W.
Suite 640
Albuquerque, New Mexico 87102
(505) 243-0816