Oct 24 01 10:01a    law office    (505)247 4441    p.4
Oct 18 01 03:53p    Kenneth C Downes & Assoc    5052430809    p.6
Case 1:01-cv-00651-LH-WD    Document 18    Filed 10/26/01    Page 1 of 2

# FILED

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 2 6 2001

Robert M March
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERNEST MONDRAGON and
JEREMY MONDRAGON,

        Plaintiffs,

vs.

STATE OF NEW MEXICO, ex rel.,
NEW MEXICO STATE POLICE, an
agency of the State of New Mexico;
THE CITY OF ALBUQUERQUE;
ALBUQUERQUE POLICE DEPARTMENT;
JERRY GALVIN, Albuquerque Police Chief;
OFFICER ROBERT DILLEY; and
ALBUQUERQUE POLICE OFFICERS
WHOSE TRUE NAMES ARE UNKNOWN,

        Defendants.

NO. CIV-01-0651 LH/WWD

ORIGINAL

## STIPULATION OF DISMISSAL

NOW COMES, the Plantiff and Defendants pursuant to Fed. Rule Civ. Proc. 41(a)(1)(ii) and stipulate that an Voluntary Order to Dismiss with prejudice.

1. Plaintiffs, Ernest and Jeremy Mondragon initiated the present cause against the Defendants, the City of Albuquerque and the State of New Mexico under 42 U.S.C. §1983.

2. The Plaintiff and the Defendants by counsel of record have agreed to entry of a voluntary dismissal and a mutual release of any and all claims related hereto.

3. This case is not a class action and a receiver has not been appointed.

4. Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit in any other federal court.



Oct 24 01 10:01a    law office                15051247-4441          p.5
Case 1:01-cv-00651-LH-WD   Document 18   Filed 10/26/01   Page 2 of 2
Oct 18 01 03:54p    Kenneth C Downes& Assoc    5052430815              p.7

5. The dismissal is with prejudice.

6. An Order On Stipulation To Dismiss is attached hereto

**For the Defendants:**

Kenneth C. Downes
Donald D. Sullivan
Attorney for the Defendants
Kenneth C. Downes & Associates
500 Marquette NW, Suite 640
Albuquerque, NM 87102

By: _____

**For the Plaintiff:**

Attorney for Plaintiffs
Anthony James Ayala, Esq.
PO Box 1966
Albuquerque, NM 87102

By: _____