UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 26 2001

CLERK

ERNEST MONDRAGON and
JEREMY MONDRAGON,

          Plaintiffs,

vs.

STATE OF NEW MEXICO, ex rel.,
NEW MEXICO STATE POLICE, an
agency of the State of New Mexico;
THE CITY OF ALBUQUERQUE;
ALBUQUERQUE POLICE DEPARTMENT;
JERRY GALVIN, Albuquerque Police Chief;
OFFICER ROBERT DILLEY; and
ALBUQUERQUE POLICE OFFICERS
WHOSE TRUE NAMES ARE UNKNOWN,

          Defendants.

## ORDER ON STIPULATION TO DISMISS

WHEREFORE, on this date, the court having been fully advised in these premises upon the parties Stipulation of Dismissal, this honorable court:

GRANTS the stipulation and dismisses the case with prejudice AND IT IS SO ORDERED.

SIGNED on October 26, 2001.

BY:

UNITED STATES DISTRICT JUDGE
HONORABLE LEROY HANSEN

Prepared, Approved and Entry Requested by:
Donald D. Sullivan, Esq.
Attorney for Defendant City
500 Marquette, NW Ste. 640
Albuquerque, NM 87102
(505) 243-0816
Fax: (505) 243-0819

